UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>GURDEV SINGH (1);<br>RANEL OPLADO BONGAYAN (2),<br><br>                          Defendants. | Case No.: 22-cr-2232-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 5, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 13, 2023 to March 17, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 56] and sets the Motion Hearing/Trial Setting on March 17, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

Further, on October 21, 2022, Defendant Gurdev Singh filed a pretrial motion that remains pending. Defendant Ranel Oplado Bongayan also filed a pretrial motion that remains pending. Accordingly, the Court finds that time from October 21, 2022 to March 17, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 1/6/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE